**FILED**
March 28, 2017
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>CRYSTAL CANDIECE COOPER, )<br>)<br>Defendant. ) | Case No. 2:17-mj-00055-DB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release, CRYSTAL CANDIECE COOPER, Case No. 2:17-mj-00055-DB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $15,000.00.

    _X_   Co-signed Unsecured Appearance Bond

    ___   Secured Appearance Bond

    _X_   (Other) Conditions as stated on the record.

    _X_   (Other) The Defendant is to be released on 3/29/2017 at 9:00 a.m. to the custody of the Pretrial Services Officer.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  3/28/2017  at  2:46 p.m.

By /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge